UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Gallo,

       Plaintiff(s),

  -against –

Arrow Park, Inc.,

       Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:24-CV-01550 (CS)

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

  **SO ORDERED**.

Dated: February 11, 2025
   White Plains, New York

              _____
               CATHY SEIBEL, U.S.D.J.